IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -1  AM 11: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        Cr. No. 05-20357-B

AARON BAMBURG,

    Defendant.

---

### ORDER PERMITTING FEDERAL DEFENDER
### TO WITHDRAW FROM FURTHER REPRESENTATION

THIS CAUSE having come before this Court on the representation by appointed counsel, the office of the Federal Public Defender, that a conflict of interest mandates a withdrawal from further representation of the defendant Aaron Bamburg; and the United States having verified such cause, the motion to withdraw is GRANTED.

The Office of the Federal Public Defender is permitted to withdraw from further representation of defendant Aaron Bamburg, and new counsel will be appointed pursuant to the Criminal Justice Act.

10/31/05
DATE

UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20357 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT