FILED BY _____ D.C.

05 NOV -3 PM 4: 06

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. <u>05-20357-B/P</u> |
| | ) | |
| AARON BAMBURG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO REDUCE BOND

Before the court is Defendant's Motion to Reduce Bond, filed on October 26, 2005 (Dkt #22). This motion was referred to the United States Magistrate Judge for determination.

On October 26, 2005, appearance bond was entered as to defendant Aaron Bamburg. On that basis, the motion is DENIED as MOOT.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

November 3, 2005
Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-4-05

(30)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20357 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT