IN THE UNITED STATES DISTRICT COURT FILED BY_____D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION                    05 NOV -8 AM II: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                        CR. NO. 05-20357-B

AARON BAMBURG, GINA RUSSELL,

    Defendants.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
### And ** *SETTING* **

---

    This cause came on for a report date on October 31, 2005.  At that time counsel

for the defendants requested  a continuance of the November 7, 2005 trial date in order

to allow for additional preparation in the case.

    The Court granted the request and reset the trial date to January 3, 2005 with a

report date of ** *Wednesday, December 21, 2005, at 9:30 a.m.*,** in Courtroom 1, 11th

Floor of the Federal Building, Memphis, TN.

    The period from November 18, 2005  through January 13, 2006  is excludable

under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for

additional time to prepare outweigh the need for a speedy trial.

    IT IS SO ORDERED this _7_ day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11-9-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in
  case 2:05-CR-20357 was distributed by fax, mail, or direct printing on
November 9, 2005 to the parties listed.

---

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT